IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **OMAR ALI,** | ) | |
| | ) | 8:12CV117 |
| **Plaintiff,** | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| **MYRON GREEN CORPORATION, d/b/a** | ) | |
| **TREAT AMERICA FOOD SERVICES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion (Filing No. 23) of Vincent M. Powers and the law firm of Vincent M. Powers and Associates to withdraw as counsel for the plaintiff. Mr. Powers filed an affidavit in support of the motion. Mr. Powers suggests the attorney-client relationship has deteriorated such that it is appropriate for him to withdraw. The motion's certificate of service is evidence Mr. Powers served the plaintiff with a copy of the motion. The court will afford the defendants an opportunity to respond to the motion and/or the plaintiff obtain substitute counsel. Accordingly,

**IT IS ORDERED:**

1. Vincent M. Powers and the law firm of Vincent M. Powers and Associates motion to withdraw (Filing No. 23) is held in abeyance.

2. The plaintiff shall have to **on or before January 22, 2013**, to respond to the motion to withdraw by filing a brief with the Clerk of Court. If no response is received or if substitute counsel has entered an appearance by that date, the motion to withdraw will be granted. If the motion to withdraw is granted and substitute counsel has not entered an appearance, the plaintiff will be considered proceeding *pro se*.

3. Moving counsel shall serve a copy of this order on their client and file a certificate of such service with the court.

DATED this 19th day of December, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge